IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **MICHAEL S. MATTHEWS, et al.** | § § | |
| *Plaintiffs,* | § | **CIVIL ACTION NO. 9:15-CV-96** |
| V. | § § | |
| **JEREMY BAKER, et al.** | § § | **JURY DEMANDED** |
| *Defendants.* | § § § | |

## ORDER GRANTING STIPULATION OF DISMISSAL

CAME ON TO BE CONSIDERED this day is the Joint Stipulation for Dismissal (Doc. No. 20) ("Stipulation") filed in this lawsuit by Plaintiffs Michael S. Mathews and Amanda Mathews, individually and on behalf of their minor children, C.M. and H.B.M. (collectively "Plaintiffs") and Defendants Jeremy B. Baker and Aaron's, Inc. (collectively "Defendants").  After considering the Stipulation and the agreement of the parties expressed therein, the Court hereby

**GRANTS** the Stipulation that Plaintiffs' claims and causes of action against Defendants in this lawsuit are hereby **DISMISSED WITH PREJUDICE**.  All relief not granted herein is denied.  Each party is to bear its own costs, fees, and expenses.  This Order constitutes a final judgment in that it finally disposes of all parties and all claims in this lawsuit.

It is SO ORDERED.

SIGNED this 6th day of June, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE